**ORIGINAL**

**FILED**

02/22/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0010

# IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0010

CITY OF MISSOULA,

    Plaintiff and Appellee,

v.

THERESE ANNE ELKINTON,

    Defendant and Appellant.

FILED

FEB 2 2 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Counsel for the Appellant Therese Anne Elkinton filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). Elkinton was granted time to file a response, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders*. We conclude there are no arguments with potential legal merit that could be raised in Elkinton's case.

Therefore,

IT IS ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to Elkinton personally.

DATED this 22nd day of February, 2022.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
                Justices

2